Douglas F. Broder (DB 8406)
Rebecca L. Misner (RM 8086)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
Telephone:    212-536-3900
Facsimile:    212-536-3901
Email: douglas.broder@klgates.com
Email: rebecca.misner@klgates.com

Mark D. Baute (California State Bar No. 127329)
BAUTE & TIDUS LLP
777 South Figueroa Street, Suite 4900
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225
Email: mbaute@bautelaw.com

*Attorneys for Plaintiff GUESS?, Inc.*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

GUESS?, Inc., a Delaware corporation,          :

                          Plaintiff,           :

                  v.                           :

JHANE BARNES PROPERTIES, INC.,                 :
a New York corporation, and JOHN DOES
1 through 20, inclusive,                       :

                          Defendants.          :

                                               :
-------------------------------------------------X

**'07 CIV 7308**

Index Number: _____

Judge: _____

**RULE 7.1 CORPORATE
DISCLOSURE STATEMENT**

        Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff

GUESS?, Inc. certifies that GUESS?, Inc. has no parent corporation and that there are no

publicly-held corporations that own 10% or more of its stock.

Dated: New York, New York
        August 15, 2007

                            KIRKPATRICK & LOCKHART PRESTON
                            GATES ELLIS LLP

                            Douglas F. Broder, Esq. (DB 8406)
                            Rebecca L. Misner, Esq. (RM 8086)
                            599 Lexington Avenue
                            New York, New York 10022
                            Telephone: 212-536-3900
                            Facsimile: 212-536-3901
                            Email: douglas.broder@klgates.com

                            *Attorneys for Plaintiff GUESS?, Inc.*

                            BAUTE & TIDUS LLP*

                            Mark D. Baute, Esq.
                            777 South Figueroa Street, Suite 4900
                            Los Angeles, California 90017
                            Telephone: 213-630-5001
                            Facsimile: 213-683-1225
                            Email: MBaute@bautelaw.com

                            *Attorneys for Plaintiff GUESS?, Inc.*

                            *Motions for pro hac vice admission for
                            Baute & Tidus attorney Mark D. Baute will
                            be filed shortly.