Douglas F. Broder (DB 8406)
Rebecca L. Misner (RM 8086)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 536-3900
Facsimile: (212) 536-3901
Email: douglas.broder@klgates.com
Email: rebecca.misner@klgates.com

Mark D. Baute (California State Bar No. 127329)
BAUTE & TIDUS LLP
777 South Figueroa Street, Suite 4900
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225
Email: mbaute@bautelaw.com

*Attorneys for Plaintiff GUESS?, Inc.*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/07

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUESS?, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JHANE BARNES PROPERTIES, INC., a New York corporation, and JOHN DOES 1 through 20, inclusive,<br><br>Defendants. | Index Number: 07-CV-7308 (CM)<br><br>Judge: Honorable Colleen McMahon<br><br>**ORDER GRANTING PRO HAC VICE ADMISSION OF MARK D. BAUTE** |

Upon consideration of the plaintiff's motion for the *pro hac vice* admission of Mark D. Baute, Esq. dated August 16, 2007, the Declaration of Mark D. Baute, Dated August 15, 2007, and the Certificate of Good Standing issued to Mr. Baute on February 23, 2007, and good cause having been shown, it is hereby:

ORDERED, that Mark D. Baute be, and hereby is, granted *pro hac vice* admission pursuant to Local Rule 1.3 (c) for all purposes in this action.

Dated: _____8/29_____, 2007

_____
United States District Judge