Douglas F. Broder (DB 8406)
Rebecca L. Misner (DB 8086)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
Telephone:   212-536-3900
Facsimile:   212-536-3901
Email:  douglas.broder@klgates.com
Email:  rebecca.misner@klgates.com


Mark D. Baute (California State Bar No. 127329)
BAUTE & TIDUS LLP
777 South Figueroa Street, Suite 4900
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225
Email:  mbaute@bautelaw.com

*Attorneys for Plaintiff GUESS?, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GUESS?, Inc., a Delaware corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>JHANE BARNES PROPERTIES, INC., a New York corporation, and JOHN DOES 1 through 20, inclusive,<br><br>          Defendants. | Index Number:  07-CV-7308 (CM)<br><br>Judge:  Honorable Colleen McMahon<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>     F.R.C.P.  41(a)(1)(i)<br><br>**Conference**<br>**Date:**  October 12, 2007<br>**Time:**  11:45 a.m.<br>**Courtroom:  21B** |

**TO THE COURT:**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, and pursuant to a settlement agreement by and between the parties, plaintiff GUESS?, Inc., hereby requests dismissal of this action in its entirety without prejudice, each side to bear its own fees and costs.

Dated: October 5, 2007

    KIRKPATRICK & LOCKHART
    PRESTON GATES ELLIS LLP

    Douglas F. Broder, Esq. (DB 8406)
    599 Lexington Avenue
    New York, New York 10022
    Telephone: 212-536-3900
    Facsimile: 212-536-3901
    Email: douglas.broder@klgates.com

    *Attorneys for Plaintiff, Guess?, INC.*

    BAUTE & TIDUS LLP

By: _____
    Mark D. Baute, Esq.
    (California State Bar No. 127329)
    *Admitted Pro Hac Vice*
    777 South Figueroa Street, Suite 4900
    Los Angeles, California 90017
    Telephone: 213-630-5001
    Facsimile: 213-683-1225
    Email: MBaute@bautelaw.com

    *Attorneys for Plaintiff, Guess?, Inc.*