Douglas F. Broder (DB 8406)
Rebecca L. Misner (DB 8086)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
Telephone:   212-536-3900
Facsimile:   212-536-3901
Email: douglas.broder@klgates.com
Email: rebecca.misner@klgates.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07
```

Mark D. Baute (California State Bar No. 127329)
BAUTE & TIDUS LLP
777 South Figueroa Street, Suite 4900
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225
Email: mbaute@bautelaw.com

*Attorneys for Plaintiff GUESS?, Inc.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GUESS?, Inc., a Delaware corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>JHANE BARNES PROPERTIES, INC., a New York corporation, and JOHN DOES 1 through 20, inclusive,<br><br>                    Defendants. | Index Number: 07-CV-7308 (CM)<br><br>Judge: Honorable Colleen McMahon<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>F.R.C.P. 41(a)(1)(i)<br><br>**Conference**<br>**Date:  October 12, 2007**<br>**Time: 11:45 a.m.**<br>**Courtroom: 21B** |

**TO THE COURT:**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, and pursuant to a settlement agreement by and between the parties, plaintiff GUESS?, Inc., hereby requests dismissal of this action in its entirety without prejudice, each side to bear its own fees and costs.

Dated: October 5, 2007

                                     KIRKPATRICK & LOCKHART
                                     PRESTON GATES ELLIS LLP

                                     Douglas F. Broder, Esq. (DB 8406)
                                     599 Lexington Avenue
                                     New York, New York 10022
                                     Telephone: 212-536-3900
                                     Facsimile: 212-536-3901
                                     Email: douglas.broder@klgates.com

                                     *Attorneys for Plaintiff, Guess?, INC.*

                                     BAUTE & TIDUS LLP

By: _____/s/ Mark Baute_____
                                     Mark D. Baute, Esq.
                                     (California State Bar No. 127329)
                                     *Admitted Pro Hac Vice*
                                     777 South Figueroa Street, Suite 4900
                                     Los Angeles, California 90017
                                     Telephone: 213-630-5001
                                     Facsimile: 213-683-1225
                                     Email: MBaute@bautelaw.com

                                     *Attorneys for Plaintiff, Guess?, Inc.*